THE HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

GARY FREY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HERITAGE BANK and HERITAGE FINANCIAL CORPORATION,

Defendants.

Case No. 3:26-cv-05293-JNW

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Gary Grey, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants Heritage Bank and Heritage Financial Corporation ("Defendants"), together ("the Parties"), by and through their respective counsel of record, hereby stipulate that Defendants' deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended to June 16, 2026, resulting in extensions of 60 days for Defendant Heritage Financial Corporation and 55 days for Heritage Bank.

Good cause exists for the stipulated extensions because (1) multiple class action lawsuits arising out of the same underlying incident have been filed and the parties are intending to coordinate as to whether such matters may be consolidated, (2) Plaintiffs' counsel are seeking to organize amongst themselves and may seek to file a consolidated class action complaint, and (3) Defendants are actively assessing the citizenship of the putative class members which may impact

Stipulation and Order to Extend
Time to Respond to Complaint
(3:26-cv-05293-JNW) - 1

**Pierson Ferdinand LLP**
450 Alaskan Way S., Ste 200
Seattle, WA 98104
(564) 215-4988

whether this Court can exercise jurisdiction pursuant to the Class Action Fairness Act ("CAFA").

This is the first request for an extension of time to respond to the Complaint and will not conflict with any other deadlines set by the Court.

Dated:     April 17, 2026

By: */s/ David A. Timchak*
David Timchak, WSBA No. 52472
PIERSON FERDINAND, LLP
450 Alaskan Way S., Ste. 200
Seattle, WA 98104
Telephone: (480) 223-3533
david.timchak@pierferd.com

*Counsel for Defendants*

By: */s/ Thomas E. Loser (w/permission)*
Thomas E. Loeser (WSBA #38701)
Karin B. Swope (WSBA #24015)
COTCHETT, PITRE & McCARTHY LLP
Thomas E. Loeser (WSBA #38701)
Karin B. Swope (WSBA #24015)
1809 7th Avenue, Suite 1610
Seattle, WA 98101
T: (206) 802-1272
F: (206) 299-4184
tloeser@cpmlegal.com
kswope@cpmlegal.com

*Counsel for Plaintiff Gary Frey*

Stipulation and Order to Extend
Time to Respond to Complaint
(3:26-cv-05293-JNW) - 2

**Pierson Ferdinand LLP**
450 Alaskan Way S., Ste 200
Seattle, WA 98104
(564) 215-4988

**ORDER**

IT IS SO ORDERED.

Dated this 20th day of April, 2026

_____
Jamal N. Whitehead
U.S. District Court Judge

Presented by:

By: */s/ David A. Timchak*
David Timchak, WSBA No. 52472
PIERSON FERDINAND, LLP
450 Alaskan Way S., Ste. 200
Seattle, WA 98104
Telephone: (480) 223-3533
david.timchak@pierferd.com

*Counsel for Defendants*

Stipulation and Order to Extend
Time to Respond to Complaint
(3:26-cv-05293-JNW) - 3

**Pierson Ferdinand LLP**
450 Alaskan Way S., Ste 200
Seattle, WA 98104
(564) 215-4988